IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VERLA M. BARNES,

    Plaintiff,

v.

                              Case No. 18-cv-105-jdp

STATE OF WISCONSIN DEPARTMENT
OF CORRECTIONS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Verla M. Barnes against defendant State of Wisconsin Department of Corrections in the amount of $805,643.

IT IS FURTHER ORDERED AND ADJUDGED that the Wisconsin Department of Corrections is directed to expunge Barnes' personnel records of any alleged misconduct related to this case.

Approved as to form this ___8TH___ day of January, 2020.

_____
James D. Peterson
District Judge

_____        ___1/9/20___
Peter Oppeneer                            Date
Clerk of Court